IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
R, COLORADO

MAR 8 - 2007

GRE........   ..NGHAM
CLERK

Civil Action No. 06-cv-02564-BNB

MICHAEL KECK,

      Plaintiff,

v.

CARL ZENON,
STEVEN HARTLEY, and
EUGENE GONZALES,

      Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

This matter is before the Court on Plaintiff Michael Keck's motion titled "Motion to Amend or Alter Judgement [sic]" filed with the Court on February 26, 2007. Mr. Keck is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. He asks the Court to reconsider the order and judgment of dismissal filed on February 16, 2007.

The Court must construe the motion liberally because Mr. Keck is proceeding **pro se**. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991).  Mr. Keck filed the motion to reconsider within ten days after the order and judgment of dismissal.  Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). ***See Van Skiver***, 952 F.2d at 1243.

The Court dismissed the complaint and the instant action pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous.  The reasons for the dismissal are discussed in detail in the order and judgment of dismissal filed on February 16, 2007.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Keck fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action.  The three major grounds that justify reconsideration are:  (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. ***See Shields v. Shetler***, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. Keck does not allege the existence of any new law or evidence, and the Court remains convinced that the complaint is legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).  Therefore, the motion to reconsider will be denied.  Accordingly, it is

ORDERED that the motion titled "Motion to Amend or Alter Judgement [sic]" that Plaintiff Michael Keck filed with the Court on February 26, 2007, and which the Court

has treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this _8_ day of _____ March _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-02564-BNB

Michael Keck
Prisoner No. 80976
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _3-8-07_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk