**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02564-ZLW

MICHAEL KECK,

    Plaintiff,

v.

CARL ZENON,
STEVEN HARTLEY, and
EUGENE GONZALES,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed in an order filed on February 16, 2007. On March 12, 2007, Plaintiff appealed to the United States Court of Appeals for the Tenth Circuit from the dismissal. Therefore, the motion for leave to file an amended complaint that Plaintiff submitted to and filed with the Court on March 29, 2007, is DENIED as moot. The Court also will not address the amended complaint that Plaintiff submitted and the Court received on March 29 and, therefore, the amended complaint is dismissed without prejudice.

Dated: March 30, 2007

Copies of this Minute Order mailed on March 30, 2007, to the following:

Michael Keck
Prisoner No. 80976
Colorado Sate Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

                Secretary/Deputy Clerk